2

LAW OFFICES OF MARY ELLEN TERRANELLA
Mary Ellen Terranella – State Bar No. 99272
1652 W. Texas Street
Fairfield, CA 94533
(707) 428-1778
Facsimile (707) 446-6777

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

In re

AMADA S. ROGERS

Debtor

Case No. 12-31136-C-13C

Chapter 13

**STIPULATION REGARDING MODIFICATION OF PLAN PURSUANT TO LBR 3015-1(d)(3)**

      The Debtor herein, by and through her attorney and the Trustee hereby stipulate to the following modification to the Plan. Except for the changes indicated below, all other terms and conditions of the Plans as confirmed, remain unchanged.

      A priority claim was filed on behalf of Solano County Tax Collector (Court claim number 14) in the amount of $1,000.00 which was not originally provided for in the plan. This stipulation will modify the plan to provide for the Court claim number 14 to be paid through the plan as section 3.17. Class 5. unsecured claim entitled to priority. The Trustee is authorized to pay the claim.

      Notice to the creditors is not deemed necessary as the modification made herein will not have a negative impact on the treatment of the unsecured claims. Other filed Priority claims to be paid through the plan were $2,096.77 less than scheduled.

| | |
|---|---|
| Date: 6/23/13 | _____<br>Mary Ellen Terranella, Attorney for Debtor |
| Date: 6-25-13 | _____<br>David P. Cusick, Chapter 13 Trustee |