LAW OFFICES OF MARY ELLEN TERRANELLA
Mary Ellen Terranella - State Bar No. 99272
1652 W. Texas Street, Suite 222
Fairfield, California 94533
(707) 428-1778
Facsimile (707) 446-6777

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA
**Sacramento Division**

In the matter of

AMADA S. ROGERS ) Case No. 12-31136-C-13C
)
) Chapter 13
Debtors )
) **ORDER TO MODIFY PLAN AFTER**
) **CONFIRMATION PURSUANT TO**
) **LBR 3015-1(d)(3)**
)
_____ ) (No motion or hearing required)

IT IS HEREBY ORDERED that the debtors' Chapter 13 plan confirmed October 29, 2012 is modified as follows: The priority claim filed by Solano County Tax Collector (Court claim number 14) for $1,000.00 shall be included in the plan at section 3.17, Class 5 unsecured claim entitled to priority. The Trustee is authorized to pay this claim.

Dated: 6-25-13

_____
Chapter 13 Trustee

Dated: July 03, 2013

_____
United States Bankruptcy Judge

RECEIVED
June 27, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004862737